UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

O

| Case No. | CV 13-1049 JCG | Date | April 21, 2015 |
|---|---|---|---|
| Title | *Carrie Henderson v. County of Los Angeles, et al.* | | |

Present: The Honorable **Jay C. Gandhi, United States Magistrate Judge**

| Kristee Hopkins | None Appearing | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner: Attorneys Present for Respondent:

None Appearing    None Appearing

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY DOE DEFENDANTS 1-10 SHOULD NOT BE DISMISSED FROM ACTION**

On this day, the Court granted summary judgment for Defendant County of Los Angeles. [*See* Dkt. No. 37.] Thus, the only remaining defendants in this action are Doe Defendants 1-10.

As of today, 653 days have elapsed since Plaintiff filed the First Amended Complaint. [*See* Dkt. No. 19.] Thus, Plaintiff's claims against the Doe Defendants are subject to dismissal. *See* Fed. R. Civ. P. 4(m) (providing that action may be dismissed without prejudice as against any defendant who has not been served within 120 days of filing).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, on or before **April 28, 2015**, why Doe Defendants 1-10 should not be dismissed from this action.

**Plaintiff is warned that her failure to timely respond to this Order will result in the dismissal of Doe Defendants 1-10, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

cc: Parties of Record

00 : 00

Initials of Clerk    kh